# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VLADIMIR CHERNEV** | § | |
| **# A 249 377 221** | § | |
| | § | |
| **V.** | § | **W-25-CA-255-ADA** |
| | § | |
| **BRET BRADFORD, et al.** | § | |

## ORDER

Before the court is Vladimir Chernev's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Chernev is proceeding pro se and has paid the filing fee.

In his Petition, Chernev indicates that he was successful in his asylum case, but that the case has been appealed by the Government. Chernev asserts that the appeals process has been excessively slow. He also argues that his detention in the interim is unjustified and that he has suffered from improper medical care while detained. Chernev is currently confined in the Limestone County Detention Center in Groesbeck, Texas. After consideration of Chernev's Petition, Respondents Warden, Limestone County Detention Center, Kristi Noem, Bret Bradford, and Todd Lyons are ordered to file a responsive pleading.

It is therefore **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus (#1), memorandum in support and exhibits (#1-2), and this Order, by

certified mail, return receipt requested. Such delivery by certified mail return receipt requested will constitute sufficient service of process.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Limestone County Detention Center with copies of the Petition for Writ of Habeas Corpus (#1), memorandum in support and exhibits (#1-2), and this Order, by certified mail, return receipt requested. Such delivery by certified mail return receipt requested will constitute sufficient service of process.

It is further **ORDERED** that Respondents shall file an answer or other response to the Petition for Writ of Habeas Corpus within thirty (30) days from the date of service.

It is finally **ORDERED** that Chernev shall file a response to any motion filed by Respondents within thirty (30) days from the date such motion is filed.

**SIGNED** on June 25, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE